Philippine Kurz, Appellee, v. William Kurz, Appellant. Gen. No. 40,737.

opinion filed December 13, 1939; rehearing denied

December 27, 1939. Harold O. Mulks, for appellant; Newell Mecartney, of counsel; Litsinger, Healy, Reid & Byè, for appellee; Lawrence W. Spuller, of counsel. Opinion by JUSTICE HEBEL. ''Not to be published in full.''